# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-00015-WJM-MJW

BRIAN DEMAESTRI,

Plaintiffs,

v.

STA INTERNATIONAL et al.

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Steven J. Wienczkowski, with the law office of Adam L Plotkin, P.C., and pursuant to D.C.COLO.L.CivR 11.1A, hereby enters his appearance on behalf of the Defendant, STA INTERNATIONAL.

RESPECTFULLY SUBMITTED this 17th day of February, 2012.

        ADAM L. PLOTKIN, P.C.

By:  s/ Steven J. Wienczkowski, Esq.
     Steven J. Wienczkowski, #33105
     621 Seventeenth Street, Suite 1800
     Denver, Colorado 80293
     Telephone: (303) 296-3566
     FAX: (303) 296-3544
     E-mail: swienczkowski@alp-pc.com
     Attorneys for Defendant

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2012, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and placed a copy of the same in the US Mail postage prepaid to the following address:

Brian DeMaestri
9901 East Evans Ave, #23D
Denver, CO 80247


                                             By:    _s/Steven J. Wienczkowski, Esq._____
                                                              Steven J. Wienczkowski