## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-000015-WJM-MJW

(Consolidated with Civil Action Nos. 12-cv-000016, 12-cv-000017 and 12-cv-000129)

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL,

    Defendant,

v.

MERCHANTS CREDIT GUIDE COMPANY,
PINNACLE CREDIT SERVICES, LLC, and
ASSET ACCEPTANCE CAPITAL CORP.

    Consolidated Defendants.

---

## ORDER GRANTING MOTION FOR DISMISSAL

---

This matter comes before the Court on Plaintiff's Motion to Dismiss Party Defendant Pinnacle Credit Services, LLC filed February 17, 2012 (ECF No. 12). The Court construes Plaintiff's Motion as a Motion to Dismiss Civil Action 12-cv-000017-WJM-MJW. The Court having reviewed the Motion and being fully advised ORDERS as follows:

The Plaintiff's Motion is GRANTED. Civil Action 12-cv-000017-WJM-MJW is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

It is further ORDERED that the caption of the remaining consolidated action (12-cv-000015-WJM-MJW) shall be modified as follows:

_____
*****************************************************************

Civil Action No. 12-cv-000015-WJM-MJW

(Consolidated with Civil Action Nos. 12-cv-000016 and 12-cv-000129)

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL,

    Defendant,

v.

MERCHANTS CREDIT GUIDE COMPANY, and
ASSET ACCEPTANCE CAPITAL CORP.

    Consolidated Defendants

_____
*****************************************************************

The Clerk of Court and all Parties are DIRECTED to use the above caption in all future filings in this consolidated case.

Dated this 22nd day of February, 2012.

                                          BY THE COURT:

                                          William J. Martínez
                                          United States District Judge