## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:12-cv-00015-WJM-MJW**

BRIAN DEMAESTRI,

Plaintiff,

v.

STA INTERNATIONAL,

Defendant,

v.

ENHANCED RECOVERY COMPANY, LLC, MERCHANTS CREDIT GUIDE COMPANY, PINNACLE CREDIT SERVICES, LLC, and ASSET ACCEPTANCE CAPTIAL CORP.

Consolidated Defendants.

### DEFENDANT, ASSET ACCEPTANCE CAPITAL CORP.'S, CORPORATE DISCLOSURE STATEMENT

COMES NOW, Asset Acceptance Capital Corp., (the "Defendant" or "Asset") by and through its counsel, Adam L. Plotkin, P.C., and, pursuant to D.COLO.L.CivR 7.4, submits the following corporate disclosure statement identifying its parent corporations and listing any publicly held company that owns 10% or more of Asset Acceptance Capital Corp.'s stock:

Defendant is unaware of any publicly held company that owns 10% or more of an ownership interest in Asset Acceptance Capital Corp. Defendant is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

RESPECTFULLY SUBMITTED this 29th day of February, 2012.

ADAM L. PLOTKIN, P.C.

By: <u>s/ Joseph J. Lico, Esq.</u>
Joseph J. Lico, Esq. #29944
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 296-3566
FAX: (303) 296-3544
E-mail: jlico@alp-pc.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and by placing the same in the U.S. Mail, postage pre-paid, to the following address:

Brian DeMaestri
9901 E. Evans, Ave., #23D
Denver, CO 80247

By: _s/ Joseph J. Lico, Esq._____
Joseph J. Lico